· **Michael B. MUKASEY, Attorney General, Respondent.**

No. 03–74666.

United States Court of Appeals, Ninth Circuit.

Jan. 27, 2009.

Gary Finn, Esquire, Law Offices of Gary Finn, Indio, CA, for Petitioner.

CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Jennifer Keenery, Esquire, Melissa Lynn Neiman–Kelting, Trial, Oil, U.S. Department of

Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BERZON and IKUTA, Circuit Judges, and SINGLETON,* Senior District Judge.

### ORDER

The memorandum disposition filed August 27, 2007 is withdrawn. We replace it with a published opinion, filed concurrently with this order.

Anaya's petition for panel rehearing is denied. The parties may file new petitions for rehearing and rehearing en banc in accordance with the Federal Rules of Appellate Procedure.

**Jose de Jesus BARRAGAN–BARRAGAN; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–74372.

United States Court of Appeals, Ninth Circuit.

---

* The *Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.*

Submitted Jan. 20, 2009.*

Filed Jan. 27, 2009.

Robert L. Lewis, Esquire, Law Office of Robert L. Lewis, Oakland, CA, for Petitioners.

Briena Strippoli, Esquire, Trial, John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order adopting and affirming an Immigration Judge's order denying petitioners' applications for cancellation of removal.

We have reviewed the record and the response to the court's November 3, 2008 order to show cause, and we conclude that petitioner Jose de Jesus Barragan–Barragan has failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926 (9th Cir.2005); *Torres–Aguilar v. INS*, 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, we grant respondent's motion to dismiss this petition for review for lack of jurisdiction with respect to petitioner Jose de Jesus Barragan–Barragan. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir. 2003); *Montero–Martinez v. Ashcroft*, 277 F.3d 1137, 1144 (9th Cir.2002).

A review of the administrative record also demonstrates that the minor petitioner has presented no evidence that he has a qualifying relative for purposes of cancellation of removal as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina–Estrada v. INS*, 293 F.3d 1089, 1093–94 (9th Cir. 2002). The BIA therefore correctly concluded that, as a matter of law, the minor petitioner was ineligible for cancellation of removal. Accordingly, respondent's motion to summarily deny this petition for review with respect to the minor petitioner

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

is granted because the questions raised by this petition are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**